

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>MARCOS CHACON,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:19-MJ-000546-DUTY-2<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _February 22_____, _2019_____, at _11:00_____ ☒ a.m. / ☐ p.m. before the Honorable _JOHN D. EARLY_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _2-20-19_

JOHN D. EARLY
U.S. Magistrate Judge